George M. Reiber
Chapter 13 Trustee
3136 Winton Road South
Rochester NY 14623
(585) 427-7225

#7749 KST
12/9/2010
$119.46

November 23, 2010

*Paul R. Warren, Clerk of Court United States Bankruptcy Court, WDNY*
*1220 U.S. Courthouse, Bankruptcy Division*
*100 State Street*
*Rochester, NY 14614*

Re:   Daniel A & Kristen A Kruger; BK #05-23069

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $119.46. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or** the funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

| Deb Shop B19 | $119.46 | Claims Register # *(not listed on Court site; Reference Court docket entry #10 - signed original Confirmation order)* |

/s/ _____
George M. Reiber, Trustee


RECEIVED DEC - 9 2010 BANKRUPTCY COURT ROCHESTER, NY